VICTIM

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Cassandra Denise Jose**<br><br>DOB: 87, U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**09-09173M** |
| Complaint for violation of Title 18 United States Code § 111 | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 7, 2009, at or near Tucson, in the District of Arizona, **Cassandra Denise Jose** did forcibly assault, resist, oppose, impede, intimidate and interfere with United States Customs and Border Protection Officer Christopher Leblanc, an officer and employee of the United States, with that assault resulting in actual physical contact and constituting more than simple assault, while said officer was engaged in the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a) and 1114.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 7, 2009, U.S. Customs and Border Protection Officers who were on Highway 86 at a checkpoint near Tucson, in the District of Arizona, were attempting to order two vehicles to the secondary checkpoint for further inspection after a drug-detecting dog hit on the second vehicle driven by **JOSE**. Jose and her passenger refused to do so, swearing and verbally abusing the inspectors. Eventually, **Jose** drove to secondary and got of her vehicle. During a scuffle with Agent Leblanc, **JOSE** spit in Agent Leblanc's face before being handcuffed. The assault occurred as the agent was engaged in the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a) and 1114.

FILED _____ LODGED
RECEIVED _____ COPY

APR - 8 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>DAK/jan<br>AUTHORIZED BY: AUSA | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>OFFICIAL TITLE   Special Agent<br>ICE Nogales U.S. BORDER PATROL |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>April 8, 2009 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

VICTIM